# MIRIAM TAUBER LAW
885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

April 29, 2022

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)



Re:   *Rubenstein v. Union Bridge Holdings, Ltd.* et. al., *No.* 21-CV-8133-KPF
      **Request to Reschedule Pre-Trial Conference** (Due to Scheduling Conflict)

Your Honor:

   I write on behalf of the Plaintiff to respectfully request that the Pre-Trial Conference currently scheduled in this action for **Wednesday, May 11, at 11:00 AM** be rescheduled for the same time (11:00 AM) on the following Wednesday (**May 18, 2022**), or otherwise rescheduled as the Court's calendar permits.

   Regrettably, I contracted a case of COVID last month, which made it necessary to reschedule a mediation in another case pending in this District—which counsel *and parties* are required to attend. That mediation was recently rescheduled for May 11, at the same time as the initial case conference scheduled in this case.

   This is Plaintiff's first request for an adjournment or extension of any deadline or appearance. No other deadlines will be impacted. Defendants do not object.

            Respectfully,

            *s/ Miriam Tauber*
            Miriam Tauber, *Attorney for Plaintiff*

cc:   Defendants Mary Ho, Moana Ho, and Lily Ho *(c/o counsel, via ECF)*
      Nominal Defendant Union Bridge Holdings, Ltd. *(c/o registered agent, via U.S. mail)*

---

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED to **May 26, 2022, at 10:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 24.

SO ORDERED.

Dated:   May 2, 2022
         New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE