# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

July 1, 2022

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)

**By Email:**
Hon. Gabriel W. Gorenstein, U.S.M.J. (S.D.N.Y.)
Email: GorensteinSettlement@nysd.uscourts.gov

**MEMORANDUM ENDORSED**

*Re: Rubenstein v. Ho*, et. al., No. 21-CV-8133 (KPF)

**Joint Settlement Conference Adjournment Request & Acknowledgment Forms**

Your Honors:

Pursuant to Judge Gorenstein's individual rules of practice, I have conferred with counsel for the Defendants, and we jointly request that the conference currently scheduled for July 11, 2022, at 10:00 am, be rescheduled for: **July 27, 2022, at 10:00 am**. I have confirmed with Judge Gorenstein's clerk that this date/time is being held for the parties' settlement conference.

As reflected on Judge Gorenstein's Acknowledgment Form (attached), counsel for the parties have also agreed that the parties' counsel may be present at the conference with full settlement authority, and that the parties themselves need not be present.

Respectfully submitted,

*s/ Miriam Tauber*

Miriam Tauber
MIRIAM TAUBER LAW PLLC, *Attorney for Plaintiff*

cc:   all counsel (via ECF)

Adjournment to July 27, 2022, at 10:00 a.m. granted.  Submissions due July 21, 2022.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 1, 2022