UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>                             Plaintiff,<br><br>              -v.-<br><br>MARY HO, MOANA HO, LILY HO, and UNION BRIDGE HOLDINGS LTD.,<br><br>                             Defendants. | 21 Civ. 8133 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 27, 2022, it was reported to the Court that the settlement conference held on today's date before Magistrate Judge Gabriel W. Gorenstein was unsuccessful in resolving this matter. Accordingly, the parties are hereby ORDERED to submit a joint letter proposing the next steps in this case on or before **August 5, 2022**.

SO ORDERED.

Dated:   July 27, 2022
         New York, New York

                                              _____
                                                   KATHERINE POLK FAILLA
                                                   United States District Judge