# MIRIAM TAUBER LAW



885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

September 8, 2022

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)

**Re:**   ***Rubenstein v. Union Bridge Holdings, Ltd.* et. al.,** ***No*. 21-CV-8133-KPF**

**Joint Request for 30-Day Extension of Summary Judgment Briefing Schedule**

Your Honor:

I write on behalf of the Plaintiff with Defendants' support to respectfully request a 30-day adjournment of the briefing schedule set by the Court for Plaintiff's proposed Motion for Summary Judgment (*see* Order, Dkt #42)

Plaintiff and Defendants have been engaged in good faith settlement discussions since they were unable to resolve Plaintiff's §16(b) claim at the mediation held before Judge Gorenstein on July 27, 2022 These conversations have proceeded at a slow pace, which Plaintiff understands is due to delays in communicating with the foreign Defendants given the need for a translator, etc.

The parties jointly propose a 30-day extension of the summary judgment briefing schedule set by the Court to allow the parties' settlement discussions to continue. The current and proposed revised schedule is as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | September 12, 2022 | October 12, 2022 |
| Defendants' Opposition | October 10, 2022 | November 10, 2022 |
| Plaintiffs' Reply | October 24, 2022 | November 23, 2022 |

This is the first request for an extension of the summary judgment briefing schedule.

No other deadlines will be impacted.

Respectfully,

*/s/ Miriam Tauber*
Miriam Tauber, *Attorney for Plaintiff*

**cc *(via ECF)*:**      Counsel for Defendants Mary Ho, Moana Ho, Lily Ho

**cc *(via email)*:**      Registered Agent for Nominal Defendant Union Bridge Holdings, Ltd.
*(Corp. Creations Network ATTN: Sean Arno; contactus@corpcreations.com)*

Application GRANTED. To accommodate ongoing settlement
discussions, the parties shall adhere to the following briefing
schedule:

Plaintiff's motion for summary judgment is due **October 12, 2022;**
Defendants' opposition is due **November 10, 2022;** and
Plaintiff's reply is due **November 23, 2022.**

The Clerk of Court is directed to terminate the motion at docket
entry 43.


Dated:    September 9, 2022          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE