UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>Plaintiff,<br><br>– v. –<br><br>UNION BRIDGE HOLDINGS, LTD.,<br><br>Nominal Defendant,<br><br>– and –<br><br>MARY HO, MOANA HO, and LILY HO,<br><br>Defendants. | ECF CASE<br><br>No. 21-cv-8133 (KPF) |

### CONSENT JUDGMENT

Pursuant to the Stipulation of Settlement executed by the parties on November 10, 2022 (Dkt # 48), the Defendants agreed and were ordered to pay Plaintiff's attorney's fees in the total amount of $20,000.00 as provided in the Stipulation.

As of the date of this Consent Judgment, Defendants have paid a total of $0 of to Plaintiff's counsel.

On January 19, 2023, Plaintiff provided notice to the Defendants that the outstanding balance of $20,000.00 has not been paid. Payment has now been due for more than 30 days following Plaintiff's notice.

Pursuant to the Stipulation, the Court hereby enters final Judgment for the Plaintiff in the amount of $20,000.00 which is immediately due and payable in full by the Defendants.

The Clerk of Court is directed to terminate the motion at docket entry 51.

Dated: March 17, 2023
       New York, New York

S O   O R D E R E D :

_____
**Hon. Katherine Polk Failla,** U.S.D.J.

1